1052

[No. 45115-8-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL T. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00156-8, Kevin D. Hull, J., entered June 14, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 45195-6-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL DEMITRUIS BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03109-8, Gerald T. Costello, J., entered August 2, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.

[No. 45229-4-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RENEE M. REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01304-7, John F. Nichols, J., entered August 14, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.

[No. 45353-3-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN ALLEN WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00592-9, Gary B. Bashor, J., entered September 5, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.